# United States Court of Appeals
## For the First Circuit

No. 02-2643

SYLVIA I. CALERO-CEREZO

Plaintiff, Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on January 14, 2004 is corrected as follows:

On page 29, line 2, change "with or without an accommodation" to "at least with an appropriate accommodation."